

# NUMBER 13-24-00420-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**ROBERTO TLALOLINI,**                                                              **Appellant,**

**v.**

**REMAX ELITE,**                                                                          **Appellee.**

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 6
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Fonseca**
**Memorandum Opinion by Chief Justice Tijerina**

This cause is before the Court on its own motion. Appellant filed a notice of appeal on August 23, 2024 from the trial court's order granting summary judgment. On November 18, 2024, the Clerk of the Court notified appellant that the order he is attempting to appeal is not a final appealable order. On January 3, 2025, the Clerk of the Court provided appellant with another notice that if the defect was not cured within ten days from the date

of the notice, the appeal shall be dismissed pursuant to Texas Rules of Appellate Procedure 42.3. *See* TEX. R. APP. P. 42.3.

Appellant did not cure the defect, and there is no final appealable order currently before the Court. This Court, having examined and fully considered the notice of appeal, is of the opinion that there is not an appealable order, and this Court lacks jurisdiction over the matters herein. Accordingly, this appeal is hereby dismissed for lack of jurisdiction.

JAIME TIJERINA
Chief Justice

Delivered and filed on the
13th day of February, 2025.